FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUN 18 PM 2:51

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ERIC HOUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-026 |
| | ) | |
| NURSE COLE; MEDICAL DEPARTMENT; | ) | |
| GOOBSY NURSE; JOHN DOE; ALL | ) | |
| MEDICAL DOCTORS; OFFICER JAMES; | ) | |
| and ALL JOHN DOE JAIL MEDICAL | ) | |
| POLICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 18th day of June, 2020, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE